**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC,<br><br>                            Debtor.<br>RONALD WINTERS, as Plan Administrator under the Chapter 11 Plan of Absolut Facilities Management, LLC,<br>                            Plaintiff,<br><br>- against -<br><br>GRANDVIEW BROKERAGE CORPORATION,<br>                            Defendant. | Chapter 11<br><br>Case No. 19-76260 (AST)<br><br>Adv. Proc. No. 21-08107 (AST)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
COUNTY OF KINGS      )

Leah Khalil, being duly sworn, deposes and says:

I am not a party to this adversary proceeding, am over 18 years of age and reside in Kings County.

On June 17, 2021, I served the Complaint [Dkt. No. 1], Adversary Cover Sheet [Dkt. No. 2] and Summons in an Adversary Proceeding Issued by Clerk's Office against Grandview Brokerage Corporation [Dkt. No. 3], filed in this adversary proceeding, upon Grandview Brokerage Corporation, the Defendant in this adversary proceeding, at the addresses listed below, by depositing a true copy of the same enclosed in a postpaid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:    Grandview Brokerage Corporation
        c/o Lipsius BenHaim Law, LLP
        8002 Kew Gardens Road
        Suite 1030
        Kew Gardens, NY 11415
        Attn: Ira S. Lipsius

Grandview Brokerage Corporation
1815 65th Street
Brooklyn, NY 11204
Attn: Michael Schwimmer, CEO

Grandview Brokerage Corporation
1815 65th Street
Brooklyn, NY 11204
Attn: Isaac Kleinman, CFO

_____
Leah Khalil

Sworn to before me this 17th day of June, 2021

_____
Notary Public

JEFFREY CHUBAK
Notary Public, Sate of New York
No. 02CH6403994
Qualified in Westchester County
Commission Expires February 10, 2024

2