# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC,<br><br>        Debtor.<br>RONALD WINTERS, as Plan Administrator under the Chapter 11 Plan of Absolut Facilities Management, LLC,<br><br>        Plaintiff,<br><br> - against -<br><br>GRANDVIEW BROKERAGE CORPORATION,<br>        Defendant. | Chapter 11<br><br>Case No. 19-76260 (AST)<br><br>Adv. Proc. No. 21-08107 (AST)<br><br>**STIPULATION AND ORDER<br>EXTENDING TIME TO ANSWER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the above-named Plaintiff and Defendant, that said Defendant's time to answer or move with respect to the Complaint is hereby extended through August 1, 2021.

IT IS FURTHER STIPULATED AND AGREED, that Defendant hereby waives any defense based on insufficiency of service of process or lack of personal jurisdiction in this adversary proceeding.

Dated: New York, New York
   July 13, 2021

                 AMINI LLC

                 /s/ Jeffrey Chubak
                 Jeffrey Chubak
                 131 West 35th Street, 12th Floor
                 New York, New York 10001
                 (212) 490-4700
                 jchubak@aminillc.com
                 *Attorneys for Plaintiff*

| | |
|---|---|
| Dated: Kew Gardens, New York<br>      July 13, 2021 | LIPSIUS BENHAIM LAW LLP<br><br>/s/ Ira S. Lipsius<br>Ira S. Lipsius<br>80-02 Kew Gardens Road, 10th Floor<br>Kew Gardens, New York 11415<br>(212) 981-8440<br>iral@lipsiuslaw.com<br>*Attorneys for Defendant* |

**So ordered:**