**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ABSOLUT FACILITIES MANAGEMENT, LLC,<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 19-76260 (AST) |
| RONALD WINTERS, as Plan Administrator under the Chapter 11 Plan of Absolut Facilities Management, LLC,<br><br><div align="center">Plaintiff,</div><br>- against -<br><br>GRANDVIEW BROKERAGE CORPORATION,<br><div align="center">Defendant.</div> | Adv. Proc. No. 21-08107 (AST)<br><br><div align="center">**STIPULATION AND ORDER<br><u>EXTENDING TIME TO ANSWER</u>**</div> |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the above-named Plaintiff and Defendant, that said Defendant's time to answer or move with respect to the Complaint is hereby extended through August 1, 2021.

IT IS FURTHER STIPULATED AND AGREED, that Defendant hereby waives any defense based on insufficiency of service of process or lack of personal jurisdiction in this adversary proceeding.

Dated: New York, New York
      July 13, 2021

AMINI LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
*Attorneys for Plaintiff*

Dated: Kew Gardens, New York
      July 13, 2021

LIPSIUS BENHAIM LAW LLP

/s/ Ira S. Lipsius
Ira S. Lipsius
80-02 Kew Gardens Road, 10th Floor
Kew Gardens, New York 11415
(212) 981-8440
iral@lipsiuslaw.com
*Attorneys for Defendant*

**So ordered:**



**Dated: July 14, 2021**
    **Central Islip, New York**

    **Alan S. Trust**
**Chief United States Bankruptcy Judge**