

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

November 18, 2021

**By ECF**

Hon. Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

Re: Winters v. Grandview Brokerage Corporation, 21-ap-8107

Dear Judge Trust:

We represent Ronald Winters, the Plaintiff-Plan Administrator herein, and write to give the Defendant notice that a pretrial conference in this adversary proceeding has been scheduled for February 8, 2022, at 2:00 p.m. The pretrial conference will be conducted telephonically. Dial-in instructions are available at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.

Very truly yours,

*Jeffrey Chubak*

cc: counsel of record by ECF