

Jeffrey Chubak
MEMBER NY & NJ BARS

212.497.8247
jchubak@aminillc.com

February 9, 2022

**By ECF**

Hon. Alan S. Trust
U.S. Bankruptcy Court for the Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

Re: Winters v. Grandview Brokerage Corporation 21-ap-8107

Dear Judge Trust:

We represent Ronald Winters, the Plaintiff-Plan Administrator herein, and write to notify Defendant Grandview Brokerage Corporation that the February 8, 2022, 2:00 p.m. pretrial conference in this adversary proceeding has been adjourned, and that a final pretrial conference has been scheduled for May 24, 2022, at 2:00 p.m. The conference will be conducted telephonically. Dial-in instructions are available at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.

We further write to notify Defendant, that Plaintiff was authorized to move for summary judgment on his preference cause of action, and that the following briefing schedule will apply to Plaintiff's anticipated motion: provided the motion is filed by February 21, 2022, Defendant's objection or response to the motion must be filed by March 21, 2022 and Plaintiff's reply shall be filed by April 4, 2022.

Very truly yours,

*Jeffrey Chubak*

cc: counsel of record